## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 73 EM 2021

Respondent　　　　　　　　　　　　　　:

　　　　　　　　　　v.　　　　　　　　　:

SHAWN WILLIAMS,　　　　　　　　　　:

Petitioner　　　　　　　　　　　　:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.